DF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x   CIV-07-3903(ARR) (RER)
U2 HOME ENTERTAINMENT, INC.,

        Plaintiff,

vs.

LI XIN DVD RENTAL INC., JAI LI VCD
RENTAL INC., FU SHUN WANG and MING
ZHONG LAM d/b/a "GAI FAT RENTALS"

        Defendants.
- - - - - - - - - - - - - - - - - - - -x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 10 2007 ★

**ORDER UNSEALING COURT FILE**

WHEREAS, by Order of the Court dated September 20, 2007, the file of this case was to be sealed pending the execution of the Order of Seizure; and

WHEREAS, the Court having been advised by plaintiff's counsel that on October 3, 2007, the Order of Seizure was executed, it is hereby

ORDERED, that the file of this case is unsealed.

Dated: Brooklyn, New York
      Oct 10, 2007

                      s/Allyne R. Ross
                      Allyne R. Ross
            United States District Judge